**No. 09-11094. Mark Anthony Gill, Petitioner v. Missouri.**

562 U.S. 861, 131 S. Ct. 141, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 6402.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 300 S.W.3d 225.